■ MICHAEL STEBICK et al., Respondents, v RITA McGEE et al., Appellants. [3 NYS3d 695]—Appeal from an order of the Supreme Court, Cattaraugus County (Michael L. Nenno, A.J.), entered June 30, 2014. The order granted the motion of defendants for leave to file an interlocutory appeal.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Carni, Sconiers and DeJoseph, JJ.

■ In the Matter of BARBARA J. ARSENEAU, Petitioner, v HOWARD ZUCKER, Acting Commissioner, New York State Department of Health, et al., Respondents. [3 NYS3d 695]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Onondaga County [Anthony J. Paris, J.], entered Sept. 9, 2014) to review a determination of respondent New York State Office of Temporary and Disability Assistance. The determination, among other things, adjudged that petitioner was not eligible under Medical Assistance for coverage of her nursing home expenses because she transferred assets for less than the fair market value.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on February 3 and 6, 2015,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Peradotto, Lindley, Valentino and Whalen, JJ.